**The People of the State of Illinois ex rel. Sol Winternitz, appellee, v. City of Chicago et al., appellants.    Gen. No. 30,385.**

Petition for mandamus to compel issuance of permit for jewelry auction. Writ issued. Appeal dismissed. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Opinion filed March 2, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, Bernard A. Conlon, W. Arnold Amberg and Roy S. Gaskill,

Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.